UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 3:05-CR-0149-HDM-VPC |
| v. | ) |
| ARMANDO GALLEGOS, aka "Raul Ramirez-Olivera", | ) |
| Defendant. | ) |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Indictment filed July 27, 2005, against ARMANDO GALLEGOS, Defendant herein.

Respectfully submitted,

GREGORY A. BROWER
United States Attorney

By: _____
RONALD C. RACHOW
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

Dated: July 16, 2009

_____
UNITED STATES DISTRICT JUDGE